**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| v. | § | 4:20-CR-0037 |
| **DAVID WAYNE LABELLE** | § | |

**ORDER ON MOTION FOR CONTINUANCE**

BE IT REMEMBERED, that on the _____ day of _____, 2020, came on to be considered the above and foregoing Motion for Continuance. After consideration of the same, it is the opinion of the Court that Defendant's Motion be:

    ( )    GRANTED.

    ( )    DENIED, to which ruling the Defendant excepts.

DATE SIGNED:_____

                                                                                    _____
                                                                                     JUDGE PRESIDING